**No. 63750.**—Capitol Wine & Spirit Corp. *v.* United States, protests 107874–K, etc. (New York).

Opinion by RICHARDSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JANUARY 28, 1960

**No. 63751.**—The Hecht Co. and R. H. Macy & Co., Inc. *v.* United States, protests 283324–K and 320586–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.

**No. 63752.**—Ross Products, Inc. *v.* United States, protests 59/8180 and 59/8593 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.

**No. 63753.**—Ross Products, Inc. *v.* United States, protest 59/18382 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material re-